No. 89–5796. MARTINEZ-GUTIERREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 89–5803. ANGUIANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 89–5804. CHAFIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 89–5808. MAKRES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 89–5811. SHAW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 89–5813. WILSON *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. 

No. 89–5816. HOLMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 89–5830. TINSLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 89–5845. ESPARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 89–228. VOLKSWAGEN OF AMERICA, INC., ET AL. *v.* GIBBS ET AL. Super. Ct. N. J., App. Div. Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–449. UNITED SERVICES AUTOMOBILE ASSN. ET AL. *v.* FOSTER, INSURANCE COMMISSIONER OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Motion of Financial Services Council et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 89–522. POWELL, COMMISSIONER, DEPARTMENT OF CORRECTIONS, ET AL. *v.* COPPOLA. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 